190 So.2d 242

**Percy RELISH**

v.

**Bill HOBBS, d/b/a Discount Auto Sales.**

**No. 48373.**

Oct. 11, 1966.

In re: Percy Relish applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 188 So.2d 479.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.

SANDERS, J., is of the opinion a writ should be granted. See Velotta v. Liberty Mutual Ins. Co., 241 La. 814, 132 So.2d 51.